# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

CHRISTINA KINNAMON, individually )
and on behalf of all others similarly situated, )
)
      Plaintiff, )
)
      v. )    No. 4:16-CV-00646 JAR
)
DITECH FINANCIAL, LLC, )
)
      Defendant. )

## MEMORANDUM AND ORDER

Following a hearing on the record, the Court finds that Ditech willfully violated the Court's July 21, 2017 discovery order in certain respects.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Rule 37 Sanctions [106] is **GRANTED** in part as follows:

Within thirty (30) days of the date of this Order, Ditech shall: (1) produce to Plaintiff and Plaintiff's expert complete copies, in CSV format, of the dialer "contact event" table; the USCe table containing the Account Notes; and the Account Change History Table; (2) identify all data keys that link the tables together; provide a data dictionary for each table; and provide copies of all queries run against those tables in order to make its October 26, 2017 production; and (3) designate a liaison to communicate with Plaintiff's expert to answer questions about the data.

Ditech shall pay Plaintiff's reasonable expenses, including attorney's fees, incurred in the preparation, drafting and filing of her Motion for Rule 37 Sanctions and appearance before the Court for oral argument on the motion. The Court will defer entering a final order regarding

Plaintiff's costs and expenses at this time.

**IT IS FURTHER ORDERED** that in all other respects, Plaintiff's Motion for Rule 37

Sanctions is **DENIED.**

Dated this 13th day of December, 2017.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**