UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christina Kinnamon, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>Ditech Financial, LLC,<br><br>          Defendant. | Case No: 4:16-cv-646 JAR |

## DEFENDANT DITECH FINANCIAL, LLC'S MOTION TO STAY

Defendant Ditech Financial, LLC ("Ditech"), through its undersigned counsel, hereby moves to stay all proceedings in this matter pending the decision of the Eighth Circuit in *Roark v. Credit One Bank, N.A.*, No. 16-cv-00173 (D. Minn.), *notice of appeal filed Dec. 12, 2018*, No. 18-3643 (8th Cir.). The facts and authorities supporting this Motion are set forth in the accompanying Memorandum of Law.

Dated: December 14, 2018                                                  Respectfully submitted,

                                                                          */s/  Charles N. Insler*
                                                                          Charles N. Insler (58623MO)
Martin C. Bryce, Jr.                                                      HEPLER BROOM LLC
Courtney L. Yeakel                                                        One Metropolitan Square
BALLARD SPAHR LLP                                                         211 North Broadway Suite 2700
1735 Market Street, 51st Floor                                            St. Louis, MO 63102
Philadelphia, PA 19103                                                    Phone: 314-241-6160
Telephone: 215.665.8500                                                   Fax: 314-241-6116
Facsimile: 215.864.8999                                                   cni@heplerbroom.com
*Of Counsel*                                                              *Attorney for Defendant Ditech Financial LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2018, I have caused a true and correct copy of the foregoing Motion to Stay to be served on the following counsel by email:

Timothy Sostrin, III, Esquire
Keith J. Keogh, Esquire
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, IL 60603

Sergei Lemberg. Esquire
Lemberg Law LLC
43 Danbury Road
Wilton, CT  06897

John Hein, Esquire
Sauerwein Hein, P.C.
147 North Meramec Avenue
St. Louis, MO  63105

/s/ Charles N. Insler
*Charles N. Insler*