## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHRISTINA KINNAMON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　No. 4:16-CV-00646 JAR<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Ditech's Notice of Bankruptcy Filing and Suggestion of Automatic Stay. (Doc. No. 208). On February 15, 2019, the Court directed Plaintiff to show cause why this matter should not be stayed pursuant to 11 U.S.C. § 362(a). (Doc. No. 209). The Court is now in receipt of Plaintiff's Response, acknowledging that the filing of a bankruptcy petition by Defendant Ditech Financial, LLC, operates as an automatic stay of the continuation of judicial proceedings commenced before the filing of the petition. (Doc. No. 210).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that all pending motions shall be **DENIED** without prejudice and this case shall be administratively closed.

**IT IS FINALLY ORDERED** that the parties shall file a status report on the bankruptcy proceedings with the Court within ninety (90) days from the date of this Order, and every ninety (90) days thereafter, and make an appropriate motion as to the extension, modification or lifting

of the stay. Within seven (7) days of the termination of the bankruptcy proceedings, the parties shall file with this Court a notice of such termination.

Dated this 26th day of February, 2019.

*[signature: John A. Ross]*
_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**