UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA KINNAMON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:16-CV-00646 JAR |
| DITECH FINANCIAL, LLC, ) ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On November 15, 2019, Ditech filed a status report with the Court on bankruptcy proceedings docketed as *In re Ditech Holding Corporation, et al.*, No. 19-10412-JLG (Bankr. S.D.N.Y.). (Doc. No. 214). Ditech reported that on September 26, 2019, the Bankruptcy Court entered an order confirming Ditech's Third Amended Joint Chapter 11 Plan. (Doc. No. 214-1). The Plan contains a permanent injunction that specifically prohibits parties from prosecuting against Ditech any claim for money damages (including attorney's fees) that arose prior to September 30, 2019 (the Effective Date of Ditech's Plan). In light of the Bankruptcy Court's confirmation of Ditech's Chapter 11 bankruptcy plan, this Court ordered the parties to show cause in writing why this action should not be finally dismissed. (Doc. No. 215). The Court is in receipt of the parties' responses; neither Plaintiff nor Ditech have any objection to the final dismissal of this action. (Doc. Nos. 216, 217).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 2nd day of December, 2019.

                                                    _____
                                                  **JOHN A. ROSS**
                                                  **UNITED STATES DISTRICT JUDGE**